FILED
Jul 05 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA JAMISON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PHH MORTGAGE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-02757-DMR<br><br>**REQUEST FOR CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION AND ORDER TO SHOW CAUSE** |

　　　　Plaintiffs Chelsea Jamison and Jasper Jamison are pursuing this action without legal representation.  Defendants PHH Mortgage Corporation and Western Progressive, LLC filed a motion to dismiss on June 9, 2023.  [Docket No. 5.]  Currently, the motion is set for a court hearing on July 27, 2023 at 1:00 p.m.

　　　　Pursuant to 28 U.S.C. section 636, the court cannot decide this motion unless all parties consent to proceed before Chief Magistrate Judge Donna M. Ryu.  A review of the docket shows that Plaintiff Jasper Jamison consented to magistrate judge jurisdiction on July 3, 2023.  [Docket No. 12.]  However, Plaintiff Chelsea Jamison has not yet filed a consent or declination.  **Plaintiff Chelsea Jamison is requested to complete the attached form documenting either consent or declination to proceed before a magistrate judge for all purposes, and file the completed form with the court by July 19, 2023.**  The case may otherwise be reassigned to a district judge.  Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.  This form can be found on the Court's website at www.cand.uscourts.gov/civilforms.

　　　　In addition, according to the local court rules, Plaintiffs should have filed any brief in opposition to Defendant's motion to dismiss by June 23, 2023.  *See* Civ. L.R. 7-3(a).  The court has received no such opposition.  **The court orders Plaintiffs to respond by July 19, 2023 and**

**explain their failure to respond to the motion.  In addition, Plaintiffs must simultaneously (1) submit their opposition to the court or (2) file a statement of non-opposition to the motion.** This order to show cause does not indicate that the court will necessarily accept Plaintiffs' late submission.  If Plaintiffs do not respond by July 19, 2023, Defendants' motion may be granted or the case may be dismissed for failure to prosecute.

    The court has received Defendants' Reply and Notice of Non-Opposition to the Motion to Dismiss.  [Docket No. 10.]  Defendants shall file a new reply, if any, to Plaintiffs' opposition no later than July 26, 2023.

    The hearing set for July 27, 2023 at 1:00 p.m. is vacated and will be reset by the court at a later date if appropriate.

**IT IS SO ORDERED.**

Dated: July 5, 2023

DONNA M. RYU
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA JAMISON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION, et al.,<br><br>Defendants. | Case No. 4:23-cv-02757-DMR<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS**: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )   **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

( )   **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I decline to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                                    NAME: _____

                                         COUNSEL FOR (OR "PRO SE"):

                                         _____

                                         _____
                                         Signature

*REV. 9-19*