UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA JAMISON, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PHH MORTGAGE CORPORATION, et al.,<br><br>        Defendants. | Case No. 23-cv-02757-DMR<br><br>**FINAL REQUEST FOR CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

Self-represented Plaintiffs Chelsea Jamison and Jasper Jamison filed a complaint on June 2, 2023. [Docket No. 1.] Defendants PHH Mortgage Corporation and Western Progressive, LLC filed a motion to dismiss on June 9, 2023. [Docket No. 5.]

On July 5, 2023, the court issued a Request for Consent or Declination to Magistrate Judge Jurisdiction and Order to Show Cause. [Docket No. 13.] The court requested that Plaintiff Chelsea Jamison complete a form documenting either consent or declination to proceed before a magistrate judge for all purposes by July 19, 2023. By the same date, the court ordered Plaintiffs to explain their failure to respond to Defendants' pending motion to dismiss, and to simultaneously (1) submit their opposition to the court or (2) file a statement of non-opposition to the motion. Defendants were to a file a new reply, if any, to Plaintiffs' opposition by July 26, 2023.

On July 25, 2023, Plaintiffs filed an opposition to Defendants' motion to dismiss. Because Plaintiffs did not file their opposition by July 19, 2023, Defendants may file a new reply, if any, to Plaintiffs' opposition by no later than August 7, 2023.

As of the date of this order, Plaintiff Chelsea Jamison has not yet filed a consent or declination to magistrate judge jurisdiction. **Plaintiff Chelsea Jamison is ordered to complete the attached form documenting either consent or declination to proceed before a magistrate**

1 **judge for all purposes, and file the completed form with the court by August 7, 2023**. If the
2 court does not receive a consent or declination by August 7, 2023, the case will be reassigned to a
3 district judge. Please note that any party is free to withhold consent to proceed before a magistrate
4 judge without adverse substantive consequences. This form can be found on the Court's website
5 at www.cand.uscourts.gov/civilforms.

6 **IT IS SO ORDERED.**

7 Dated: July 26, 2023

_____
Donna M. Ryu
Chief Magistrate Judge



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street

Oakland, CA 94612

*cand.uscourts.gov*

July 26, 2023

Chelsea Jamison
8470 Sonoma Avenue
Sebastopol, CA 95472

Re:     Chelsea Jamison, et al. v. PHH Mortgage Corporation
Case Number: 4:23-cv-02757-DMR

Dear Chelsea Jamison:

This matter has been randomly assigned to United States Magistrate Judge Donna M. Ryu for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case. All parties are requested to complete the attached form documenting either consent or declination and file it with the Court by **August 7, 2023.** This form can be found on the Court's website at cand.uscourts.gov/civilforms.

Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

                                        Mark B. Busby
                                        Clerk of Court, United States District Court

                                        By     _____

                                        Brittany Sims, Deputy Clerk to the
                                        Honorable DONNA M. RYU

*REV. 9-19*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA JAMISON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION, et al.,<br><br>Defendants. | Case No. 4:23-cv-02757-DMR<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )     **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

( )     **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                                             NAME: _____

                                                          COUNSEL FOR (OR "PRO SE"):

                                                          _____

                                                          _____
                                                          Signature

*REV. 9-19*